UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hawaii Structural Ironworkers Pension Trust Fund,

        Plaintiff,

–v–

AMC Entertainment Holdings, Inc. et al.,

        Defendants.



18-cv-0299 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The initial pretrial conference in this matter is adjourned to May 4, 2018 at 2:30 p.m.

    SO ORDERED.

Dated: March 14, 2018
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1