UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Hawaii Structural Ironworkers Pension Trust Fund *et al.*,

    Plaintiff,

—v—

AMC Entertainment Holdings, Inc. *et al.*,

    Defendant.

18-CV-00299 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 6 2020

ALISON J. NATHAN, District Judge:

At the October 18, 2019 Initial Pretrial Conference in this matter, the parties were ordered to submit a joint status update regarding mediation no later than January 2020. As of this date, the Court is not in receipt of that letter. The parties are ordered to submit a joint letter, no later than March 14, 2020, advising the Court whether: (1) they have scheduled or conducted mediation; (2) if so, the outcome of that mediation; and (3) whether the Court can be of any further assistance regarding settlement.

    SO ORDERED.

Dated: March 3, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge