UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/21

Hawaii Structural Ironworkers Pension Trust Fund,

Plaintiff,

–v–

AMC Entertainment Holdings, Inc., *et al.*,

Defendants.

18-cv-00299 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The conference scheduled for August 20, 2021 in this case is adjourned to September 3, 2021 at 3:45 P.M. The conference will proceed remotely by telephone. The parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 9196964.

SO ORDERED.

Dated: August 17, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge