IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HAWAII STRUCTURAL IRONWORKERS PENSION TRUST FUND, Individually and on Behalf of All Others Similarly Situated, | : : : : | No. 1:18-cv-00299-AJN-SLC |
| Plaintiff, | : : | |
| vs. | : : | |
| AMC ENTERTAINMENT HOLDINGS, INC., *et al.*, | : : : | |
| Defendants. | : : | November 1, 2021 |
| _____ | : | |

**PLAINTIFFS' UNOPPOSED MOTION FOR
<u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

Lead Plaintiff, the International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware ("Operating Engineers" or "Lead Plaintiff"), and Additional Plaintiff, Hawaii Iron Workers Pension Trust Fund ("Hawaii Iron Workers" or "Additional Plaintiff" and, together with Lead Plaintiff, "Plaintiffs"), on behalf of the Class, hereby move ("Motion"), pursuant to Federal Rule of Civil Procedure 23, for entry of an order preliminarily approving the Stipulation and Agreement of Settlement dated November 1, 2021 (the "Stipulation") filed herewith.

For the reasons set forth in the Stipulation, Memorandum of Law, and all supporting papers, as well as the record in this litigation, Plaintiffs respectfully submit that the proposed settlement memorialized in the Stipulation (the "Settlement") is fair, reasonable, and adequate, and should be preliminarily approved so that notice can be provided to the Class.

The Settlement is the product of protracted arm's-length negotiations between the parties and their counsel, all of whom have significant experience in complex litigation of this type and

are well informed regarding all of the issues in this litigation based upon the comprehensive manner in which this matter was litigated by both sides. Accordingly, Plaintiffs respectfully request that the Court enter the Proposed Preliminary Approval Order and, if the Court deems necessary, schedule a preliminary approval hearing at its earliest convenience.

Plaintiffs stand ready to provide any additional information that the Court may require in connection with its consideration of this Motion.

Dated: November 1, 2021                          Respectfully submitted,

                                                 MILLER SHAH LLP

                                                 /s/ Laurie Rubinow
                                                 James E. Miller
                                                 Laurie Rubinow
                                                 65 Main Street
                                                 Chester, CT 06412
                                                 Telephone: (860) 526-1100
                                                 Facsimile: (866) 300-7367
                                                 Email: jemiller@millershah.com
                                                        lrubinow@millershah.com

                                                 James C. Shah
                                                 Jayne A. Goldstein
                                                 Eric L. Young
                                                 Bruce D. Parke
                                                 Alec J. Berin
                                                 1845 Walnut Street, Suite 806
                                                 Philadelphia, PA 19103
                                                 Telephone: (610) 891-9880
                                                 Facsimile: (866) 300-7367
                                                 Email: jcshah@millershah.com
                                                        jagoldstein@millershah.com
                                                        elyoung@millershah.com
                                                        bdparke@millershah.com
                                                        ajberin@millershah.com

                                                 *Attorneys for Lead Plaintiff, the
                                                 International Union of
                                                 Operating Engineers Pension Fund of
                                                 Eastern Pennsylvania and Delaware, and
                                                 the Class*

ROBBINS GELLER RUDMAN & DOWD LLP

Samuel H. Rudman
David A. Rosenfeld
Christopher T. Gilroy
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
Email: srudman@rgrdlaw.com
       drosenfeld@rgrdlaw.com
       cgilroy@rgrdlaw.com

*Attorneys for Plaintiff, Hawaii Iron Workers Pension Trust Fund, and the Class*