## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HAWAII STRUCTURAL IRONWORKERS PENSION TRUST FUND, Individually and on Behalf of All Others Similarly Situated, | : : : : | No. 1:18-cv-00299-AJN-SLC |
| Plaintiff, | : : | Final Approval Hearing: February 10, 2022 at 3:00 PM |
| v. | : : | |
| AMC ENTERTAINMENT HOLDINGS, INC., *et al.*, | : : : | |
| Defendants. | : : | January 6, 2022 |

## PLAINTIFFS' MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Lead Plaintiff, the International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware ("Operating Engineers" or "Lead Plaintiff"), and Additional Plaintiff, Hawaii Iron Workers Pension Trust Fund ("Hawaii Iron Workers" or "Additional Plaintiff" and, together with Lead Plaintiff, "Plaintiffs"), on behalf of the Class, hereby move ("Motion"), pursuant to Federal Rule of Civil Procedure 23, for entry of an order finally approving the Settlement set forth in the Stipulation and Agreement of Settlement dated November 1, 2021 (the "Stipulation").[1]

For the reasons set forth in the Stipulation, the Memorandum of Law in support of this Motion, and all supporting papers, as well as the record in this litigation, Plaintiffs respectfully submit the Settlement is fair, adequate, and reasonable, and meets the standard for approval.

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as in the Stipulation (ECF No. 214-1).

Accordingly, Plaintiffs respectfully request that the Court enter the [Proposed] Order and Final

Judgment filed on November 1, 2021 (Dkt. 214-6).

Plaintiffs stand ready to provide any additional information that the Court may require in

connection with its consideration of this Motion.

Dated: January 6, 2022                                    Respectfully submitted,

                                                         MILLER SHAH LLP

                                                         /s/Laurie Rubinow
                                                         James E. Miller
                                                         Laurie Rubinow
                                                         65 Main Street
                                                         Chester, CT 06412
                                                         Telephone: (860) 526-1100
                                                         Facsimile: (866) 300-7367
                                                         Email: jemiller@millershah.com
                                                                 lrubinow@millershah.com

                                                         James C. Shah
                                                         Jayne A. Goldstein
                                                         Eric L. Young
                                                         Bruce D. Parke
                                                         Alec J. Berin
                                                         1845 Walnut Street, Suite 806
                                                         Philadelphia, PA 19103
                                                         Telephone: (610) 891-9880
                                                         Facsimile: (866) 300-7367
                                                         Email: jcshah@millershah.com
                                                                 jagoldstein@millershah.com
                                                                 elyoung@millershah.com
                                                                 bdparke@millershah.com
                                                                 ajberin@millershah.com

                                                         *Attorneys for Lead Plaintiff, the
                                                         International Union of Operating
                                                         Engineers Pension Fund of Eastern
                                                         Pennsylvania and Delaware, and
                                                         the Class*

ROBBINS GELLER RUDMAN &
DOWD LLP

Samuel H. Rudman
David A. Rosenfeld
Christopher T. Gilroy
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
Email: srudman@rgrdlaw.com
        drosenfeld@rgrdlaw.com
        cgilroy@rgrdlaw.com

*Attorneys for Plaintiff, Hawaii Iron
Workers Pension Trust Fund, and
the Class*