IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HAWAII STRUCTURAL IRONWORKERS PENSION TRUST FUND, Individually and on Behalf of All Others Similarly Situated, | : : : : | No. 1:18-cv-00299-AJN-SLC<br><br>Final Approval Hearing:<br>February 10, 2022 at 3:00 PM |
| Plaintiff, | : : | |
| v. | : : | |
| AMC ENTERTAINMENT HOLDINGS, INC., *et al.*, | : : : : | |
| Defendants. | : : | January 6, 2022 |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES,
EXPENSES, AND COMPENSATORY AWARDS**

Lead Plaintiff, the International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware ("Operating Engineers" or "Lead Plaintiff"), and Additional Plaintiff, Hawaii Iron Workers Pension Trust Fund ("Hawaii Iron Workers" or "Additional Plaintiff" and, together with Lead Plaintiff, "Plaintiffs"), on behalf of the Class, hereby move ("Motion"), pursuant to Federal Rule of Civil Procedure 23, for entry of an order: (i) awarding attorneys' fees of 33 1/3% of the Settlement Fund ($6,000,000) plus accrued interest; (ii) payment of necessary and reasonable litigation expenses in the amount of $1,290,333.96; and (iii) an award of $4,625 to Lead Plaintiff and $21,217.79 to Additional Plaintiff, pursuant to 15 U.S.C. §78u-4(a)(4).[1]

For the reasons set forth in the Memorandum of Law in support of this Motion and all supporting papers, as well as the record in this litigation, Plaintiffs respectfully submit that the

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as in the Stipulation and Agreement of Settlement dated November 1, 2021 (ECF No. 214-1).

requested attorneys' fees, expenses, and compensatory awards are fair and reasonable. Accordingly, Plaintiffs respectfully request that the Court enter an order approving this application for attorneys' fees, litigation expenses, and awards to Plaintiffs.

Plaintiffs stand ready to provide any additional information that the Court may require in connection with its consideration of this Motion.

Dated: January 6, 2022

Respectfully submitted,

MILLER SHAH LLP

/s/ Laurie Rubinow
James E. Miller
Laurie Rubinow
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
           lrubinow@millershah.com

James C. Shah
Jayne A. Goldstein
Eric L. Young
Bruce D. Parke
Alec J. Berin
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
           jagoldstein@millershah.com
           elyoung@millershah.com
           bdparke@millershah.com
           ajberin@millershah.com

*Attorneys for Lead Plaintiff, the International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware, and the Class*

ROBBINS GELLER RUDMAN & DOWD LLP

Samuel H. Rudman
David A. Rosenfeld
Christopher T. Gilroy
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
Email: srudman@rgrdlaw.com
　　　　drosenfeld@rgrdlaw.com
　　　　cgilroy@rgrdlaw.com

*Attorneys for Plaintiff, Hawaii Iron Workers Pension Trust Fund, and the Class*