UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hawaii Structural Ironworkers Pension Trust Fund,

Plaintiff,

–v–

AMC Entertainment Holdings, Inc. et al.,

Defendants.

18-cv-299 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As indicated in the court-approved notice, Dkt. No. 215, the final settlement approval hearing in this matter will be held on February 10, 2022, at 3:00 p.m. in Room 906, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: February 7, 2022
      New York, New York

_____
ALISON J. NATHAN
United States District Judge