

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HAWAII STRUCTURAL IRONWORKERS PENSION TRUST FUND, Individually and on behalf of all others similarly situated, | : : : : : | Civil Action No. 1:18-cv-00299-AJN (Consolidated for all purposes with Civil Action No. 1:18-cv-00510-AJN) |
| Plaintiff, | : : | |
| v. | : : | |
| AMC ENTERTAINMENT HOLDINGS, INC., *et al.*, | : : : | |
| Defendants. | : | |

---

## ORDER GRANTING MOTION
## FOR ATTORNEYS' FEES, EXPENSES, AND AWARDS TO PLAINTIFFS PURSUANT TO THE PSLRA

---

This matter came for hearing on February 10, 2022 (the "Final Approval Hearing"), on the application of the International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware ("Operating Engineers") and the Hawaii Iron Workers Pension Trust Fund ("Hawaii Iron Workers," and with Operating Engineers, "Plaintiffs"), to determine whether Plaintiffs' requests for attorneys' fees, payment of litigation expenses, and awards to Plaintiffs pursuant to 15 U.S.C. § 78u-4(a)(4) should be approved.

The Court, having considered all matters submitted to it at the Final Approval Hearing and otherwise, **IT IS HEREBY ORDERED:**

1.      This Order hereby incorporates by reference the definitions in the Stipulation and Agreement of Settlement ("Stipulation") filed with the Court on November 1, 2021 (ECF No. 214-1), and all capitalized terms that are not defined herein shall have the same meanings as set forth in the Stipulation.

2.      This Court has jurisdiction to enter this Order.  The Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Class Members.

3.      Class Counsel is awarded attorneys' fees in the amount of $6,000,000.00, and expenses in the amount of $1,290,333.96, plus any applicable interest, such amounts to be paid out of the Settlement Fund immediately following entry of this Order.  The Court finds that Class Counsel's efforts in this litigation and the results achieved on behalf of the Class merit an award of the requested attorneys' fees.  Further, the Court finds that the litigation expenses incurred by Class Counsel were reasonable and necessary in the prosecution of this litigation, such that payment of the requested litigation expenses is warranted.

4.      Class Representative Operating Engineers is awarded $4,625.00 and Class Representative Hawaii Iron Workers is awarded $21,217.79, as compensatory awards for reasonable costs and expenses directly relating to the representation of the Class as provided in  15 U.S.C. § 78u-4(a)(4), such amounts to be paid from the Settlement Fund upon the Effective Date of the Settlement.

5.      There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is directed.

**IT IS SO ORDERED.**

DATED: ___2/14/22_____

_____
THE HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE